

## NUMBER 13-07-00667-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

---

**BRANDON SIEGFRIED,** **Appellant**,

**v.**

**THE STATE OF TEXAS,** **Appellee**.

---

**On appeal from the 117th District Court of Nueces County, Texas.**

---

## MEMORANDUM OPINION

**Before Justices Yañez, Rodriguez, and Garza**
**Memorandum Opinion Per Curiam**

Appellant, Brandon Siegfried, attempted to appeal an order issued by the trial court on September 24, 2007.  On January 17, 2008, the Clerk of this Court notified appellant that it appeared that the order from which the appeal was taken was not an appealable order, and requested correction of this defect within ten days or the appeal would be dismissed.  Appellant has failed to respond to the Court's directive.

Accordingly, the appeal is DISMISSED.

PER CURIAM

Do not publish. TEX. R. APP. P. 47.2(b).

Memorandum Opinion delivered and filed
this the 29th day of August, 2008.